STATE OF NEW JERSEY        UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 10-02467        AND FILED ON

BANXCORP,                                                              Plaintiff(s)/Petitioner(s)

Vs.

DOW JONES & COMPANY, INC., ET AL                                       Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                    )
                                                      ) SS
COUNTY OF WESTCHESTER                                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/8/2010 at 12:50PM, deponent did serve the within process as follows:

Process Served: SUMMONS ON AMENDED COMPLAINT, FIRST AMENDED SUMMONS AND COMPLAINT AND EXHIBITS

Party Served: CNBC, INC.                                                (herein called recipient) therein named.

At Location: C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK NY 10011

By delivering to and leaving with ELENA BOU and that deponent knew the person so served to be the PROCESS SPECIALIST of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM        Color of Skin WH        Color of Hair BLOND
Age 33        Height 5'7"
Weight 140    Other Features

Sworn to before me on    6/9/2010

[Signature: Gail Williams]

GAIL WILLIAMS
Notary Public, State of New York
No. 4663052
Qualified in Westchester County
Commission Expires September 30, 2010

[Signature]
Eric Averbach
Server's License#: 918927