STATE OF NEW JERSEY  UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 10-02467  AND FILED ON

BANXCORP,  Plaintiff(s)/Petitioner(s)

Vs.

DOW JONES & COMPANY, INC., ET AL  Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
 ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/8/2010 at 12:50PM, deponent did serve the within process as follows:

Process Served: SUMMONS ON AMENDED COMPLAINT, FIRST AMENDED SUMMONS AND COMPLAINT AND EXHIBITS

Party Served: FOX NEWS NETWORK LLC  (herein called recipient) therein named.

At Location: C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK NY 10011

By delivering to and leaving with ELENA BOU and that deponent knew the person so served to be the PROCESS SPECIALIST of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM  Color of Skin WH  Color of Hair BLOND
Age 33  Height 5'7"
Weight 140  Other Features

Sworn to before me on 6/9/2010

_Gail Williams_ (signature)

Eric Averbach
Server's License#: 918927

GAIL WILLIAMS
Notary Public, State of New York
No. 4163252
Qualified in Westchester County
Commission Expires September 30, 2010