STATE OF  NEW JERSEY           UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#:  10-02467          AND FILED ON

| | |
|---|---|
| BANXCORP,<br><br>Vs.<br><br>DOW JONES & COMPANY, INC., ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK              )
                                ) SS
COUNTY OF WESTCHESTER           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On ___6/10/2010___ at ___2:36PM___, deponent did serve the within process as follows:

Process Served: SUMMONS ON AMENDED COMPLAINT, FIRST AMENDED SUMMONS AND COMPLAINT AND EXHIBITS

Party Served: LENDINGTREE LLC                                (herein called recipient) therein named.

At Location:  C/O NATIONAL REGISTERED AGENTS, INC.
              875 AVENUE OF THE AMERICAS, STE. 501
              NEW YORK NY  10001

By delivering to and leaving with  MARY GARCIA  and that deponent knew the person so served to be the  PROCESS CLERK  of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M          Color of Skin LT. BRN        Color of Hair RED/BRN
Age 43         Height 5'6"
Weight 135     Other Features GLASSES

Sworn to before me on  6/11/2010

Gail Williams
Notary Public, State of New York
No. 4469132
Qualified in Westchester County
Commission Expires September 30, 2010

Eric Averbach
Server's License#:  918927