| | |
|---|---|
| STATE OF | NEW JERSEY |
| COURT: | UNITED STATES DISTRICT COURT |

INDEX NO: 10-02467
DateFiled:

Plaintiff(s)/Petitioner(s): BANXCORP,

Vs.

Defendant(s)/Respondent(s): DOW JONES & COMPANY, INC., ET AL

STATE OF DELAWARE
COUNTY OF: NEW CASTLE                                                                 SS.

The undersigned deponent, being duly sworn deposes and say that said deponent is not a party to this action, is over 18 years of age and resides in the State of DELAWARE    Deponent served the within process as follows:

Process Served: SUMMONS ON AMENDED COMPLAINT, FIRST AMENDED SUMMONS AND COMPLAINT AND Exhibits

Party Served: MSNBC INTERACTIVE NEWS, L.L.C.

At Location: C/O CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

Date of Service: 6/10/10          Time of service: 12:15 p

**Check boxes that apply to this service:**

#1, INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

[X] #2, CORPORATION — By delivering to and leaving with **MARY DRUMMOND** and that deponent knew the person so served to be the **PROCESS AGENT** of the corporation and authorized to accept service..

#3, SUITABLE AGE PERSON — By delivering to and leaving with _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4, AFFIXING TO DOOR — By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#5, MAILING COPY — On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

#6, NON-SERVICE — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other _____

[X] #7, DESCRIPTION — A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: F   Color of Skin: W   Color of Hair: BLACK   Age: 45   Height: 5'6   Weight: 140   Other Features: _____

#8, WITNESS FEES — $_____ the authorizing traveling expenses and one day's witness fee was paid(tendered) to the recipient.

#9, MILITARY SERVICE — Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed was not.

Sworn to before me on 6/10/10

OFFICIAL SEAL
KEVIN DUNN
NOTARY PUBLIC • DELAWARE
NEW CASTLE COUNTY
My Commission Expires November 23, 2010

BARRY EVELAND