Kevin J. McKenna, Esq.
Alice H. Lee, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

Attorneys for Defendants The New York Times Company,
CNBC Inc., Cable News Network, Inc., MSNBC Interactive News, LLC,
and MOVE, Inc.,

.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>                    Plaintiff,<br><br>vs.<br><br>LENDINGTREE LLC, DOW JONES & COMPANY, INC., THE NEW YORK TIMES COMPANY, CNBC INC., CABLE NEWS NETWORK, INC., MSNBC INTERACTIVE NEWS, LLC, FOX NEWS NETWORK, LLC, AOL INC., and MOVE, INC.,<br><br>                    Defendants. | Civil Action No.: 10-cv-02467(SDW)(MCA)<br><br>*Document electronically filed.*<br><br>**APPLICATION FOR CLERK'S ORDER EXTENDING TIME TO ANSWER OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

Application is hereby made to the Clerk of the United States District Court for the District of New Jersey by Gibbons P.C., attorneys for Defendant MOVE, Inc. ("Defendant"), for an extension of time within which to answer or otherwise reply to the Complaint herein for a period of fourteen (14) days pursuant to Local Civil Rule 6.1(b). Said Defendant having come before the Court solely for this extension but not for the purpose of appearing either generally or specially in this jurisdiction, nor having waived any defenses available to it by such appearance; and it is represented that:

    1.    There have been no prior extensions of time to answer or otherwise reply;

#1541257 v1
109978-69626

2. Defendant received service of Plaintiff's Complaint on June 10, 2010; therefore, Defendant's Answer is due on or before July 1, 2010; and

3. The time to answer has not yet expired.

4. With this extension, the Answer or other response would be due on July 15, 2010.

Dated: June 29, 2010
Newark, New Jersey

By:  s/Kevin J. McKenna
Kevin J. McKenna
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Tel: (973) 596-4500
Fax: (973) 639-0545
kmckenna@gibbonslaw.com

Attorneys for Defendants
The New York Times Company, CNBC Inc., Cable News Network, Inc., MSNBC Interactive News, LLC, and MOVE, Inc.

The above application be and hereby is **GRANTED** and the time to answer or otherwise reply is extended for a period of fourteen (14) days up to and including _____, 2010, pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

WILLIAM T. WALSH, Clerk of the
United States District Court
District of New Jersey

By:_____
Deputy Clerk

Dated:  June \_\_\_, 2010