IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>Plaintiff,<br><br>vs.<br><br>LENDINGTREE LLC, DOW JONES & COMPANY, INC., THE NEW YORK TIMES COMPANY, CNBC INC., CABLE NEWS NETWORK, INC., MSNBC INTERACTIVE NEWS, LLC, FOX NEWS NETWORK, LLC, AOL INC., and MOVE, INC.,<br><br>Defendants. | Civil Action No.: 10-cv-02467(SDW)(MCA)<br><br>*Document electronically filed.*<br><br>**CERTIFICATE OF SERVICE** |

**Kevin J. McKenna** hereby certifies as follows:

1. I am an attorney admitted to the bars of the State of New Jersey and this Court and a Director of the law firm Gibbons P.C., counsel for Defendants The New York Times Company, CNBC Inc., Cable News Network, Inc., MSNBC Interactive News, LLC, Fox News Network, LLC in this action.

2. On June 29, 2010, the following documents: 1) Application for a Clerk's Order Extending Time to Answer or Otherwise Reply Pursuant to Local Civil Rule 6.1(b) as to The New York Times Company; 2) Application for a Clerk's Order Extending Time to Answer or Otherwise Reply Pursuant to Local Civil Rule 6.1(b) as to CNBC Inc.; 3) Application for a Clerk's Order Extending Time to Answer or Otherwise Reply Pursuant to Local Civil Rule 6.1(b) as to Cable News Network, Inc.; 4) Application for a Clerk's Order Extending Time to Answer or Otherwise Reply Pursuant to Local Civil Rule 6.1(b) as to MSNBC Interactive News, LLC; 5) Application for a Clerk's Order Extending Time to Answer or Otherwise Reply

Pursuant to Local Civil Rule 6.1(b) as to MOVE, Inc.; and 6) this Certificate of Service, were filed with the Court and served electronically via the court's CM/ECF system:

I certify that the foregoing statements made by me are true.  I am aware that if any such statements are willfully false, I am subject to punishment.

Dated: June 29, 2010
Newark, New Jersey

By: s/Kevin J. McKenna
Kevin J. McKenna
**GIBBONS P.C.**
One Gateway Center
Newark, NJ  07102-5310
Tel:  (973) 596-4500
Fax:  (973) 639-0545
kmckenna@gibbonslaw.com

Attorneys for Defendants
The New York Times Company, CNBC Inc., Cable News Network, Inc., MSNBC Interactive News, LLC, and MOVE, Inc.

#1541257 v1
109978-69626