Liza M. Walsh
Rukhsanah L. Lighari
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500

*Attorneys for Defendants*
*Dow Jones & Company, Inc. and*
*Fox News Network, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>     Plaintiff,<br><br>v.<br><br>DOW JONES & COMPANY, INC., THE NEW YORK TIMES COMPANY, CNBC INC., CABLE NEWS NETWORK, INC., MSNBC INTERACTIVE NEWS, LLC, FOX NEWS NETWORK, LLC, AOL INC., LENDINGTREE LLC, and MOVE, INC.,<br><br>     Defendants. | Civil Action No. 2:10-cv-02467 (SDW/MCA)<br><br>**APPLICATION FOR CLERK'S ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND PURSUANT TO LOCAL CIVIL RULE 6.1(b)**<br><br>*Electronically Filed* |

Application is hereby made to the Clerk of the United States District Court for the District of New Jersey pursuant to Local Rule of Civil Procedure 6.1(b) by and through the undersigned counsel for Defendants Dow Jones & Company, Inc. ("Dow Jones") and Fox News Network, LLC ("Fox News") for an extension of time within which to answer, plead, or otherwise respond in respect of Plaintiff's First Amended Complaint filed on June 2, 2010, and it is represented that: (i) Dow Jones and Fox News were served on June 8, 2010; (ii) Dow Jones

and Fox News' responses to Plaintiff's First Amended Complaint are currently due on June 29, 2010; and (iii) no previous extension has been granted to either party.

                                      **CONNELL FOLEY LLP**
                                      *Attorneys for Defendants Dow Jones & Company, Inc. and Fox News Network, LLC*

Dated: June 29, 2010          By: *s/ Liza M. Walsh*
                                            Liza M. Walsh
                                            Rukhsanah L. Lighari
                                            85 Livingston Avenue
                                            Roseland, New Jersey 07068
                                            (973) 535-0500

Liza M. Walsh
Rukhsanah L. Lighari
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
*Attorneys for Defendants*
*Dow Jones & Company, Inc. and*
*Fox News Network, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP, <br><br> Plaintiff, <br><br> v. <br><br> DOW JONES & COMPANY, INC., THE NEW YORK TIMES COMPANY, CNBC INC., CABLE NEWS NETWORK, INC., MSNBC INTERACTIVE NEWS, LLC, FOX NEWS NETWORK, LLC, AOL INC., LENDINGTREE LLC, and MOVE, INC., <br><br> Defendants. | Civil Action No. 2:10-cv-02467 (SDW/MCA) <br><br> **ORDER** <br><br> *Electronically Filed* |

**IT IS HEREBY ORDERED** that the time within which Defendants Dow Jones & Company, Inc. ("Dow Jones") and Fox News Network, LLC ("Fox News") may answer, plead, or otherwise respond in respect of Plaintiff's First Amended Complaint is extended for a period of fourteen (14) days pursuant to Local Civil Rule 6.1(b), and, thus, Dow Jones and Fox News shall file their respective responses on or before July 13, 2010.

> WILLIAM T. WALSH
> Clerk, U.S. District Court
> District of New Jersey

> By:_____
>      Deputy Clerk