Liza M. Walsh
Rukhsanah L. Lighari
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500

*Attorneys for Defendants*
*Dow Jones & Company, Inc. and*
*Fox News Network, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>    Plaintiff,<br><br>v.<br><br>DOW JONES & COMPANY, INC., THE NEW YORK TIMES COMPANY, CNBC INC., CABLE NEWS NETWORK, INC., MSNBC INTERACTIVE NEWS, LLC, FOX NEWS NETWORK, LLC, AOL INC., LENDINGTREE LLC, and MOVE, INC.,<br><br>    Defendants. | Civil Action No. 2:10-cv-02467 (SDW/MCA)<br><br>**NOTICE OF APPEARANCE**<br><br>*Electronically Filed* |

To:   William T. Walsh, Clerk
      United States District Court
      District of New Jersey
      Clarkson S. Fisher Building & U.S. Courthouse
      402 East State Street
      Trenton, New Jersey 08608

**PLEASE TAKE NOTICE** that Rukhsanah L. Lighari of Connell Foley LLP

hereby enters an appearance on behalf of Defendants Dow Jones & Company, Inc. and

Fox News Network, LLC and requests that copies of all papers in this action be served upon the undersigned.

**CONNELL FOLEY LLP**

Dated: June 29, 2010         By:    *s/Rukhsanah L. Lighari*
                                    Rukhsanah L. Lighari

2368941-01