**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

Attorneys for Defendants The New York Times Company, CNBC Inc.,
Cable News Network, Inc., MSNBC Interactive News, LLC, and MOVE, Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>Plaintiff,<br><br>vs.<br><br>LENDINGTREE LLC, DOW JONES & COMPANY, INC., THE NEW YORK TIMES COMPANY, CNBC INC., CABLE NEWS NETWORK, INC., MSNBC INTERACTIVE NEWS, LLC, FOX NEWS NETWORK, LLC, AOL INC., and MOVE, INC.,<br><br>Defendants. | Civil Action No.: 10-cv-02467(SDW)(MCA)<br><br>*Document electronically filed.*<br><br>**NOTICE OF APPEARANCE OF ALICE H. LEE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters her appearance as counsel for Defendants The New York Times Company, CNBC Inc., Cable News Network, Inc., MSNBC Interactive News, LLC, and MOVE, Inc. in the above-captioned action. Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-mail address listed below.

Dated: June 30, 2010
       Newark, New Jersey

s/ Alice H. Lee
Alice H. Lee
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Tel: 973.596.4500
Fax: 973.596.0545
alee@gibbonslaw.com

**Attorneys for Defendants The New York Times Company, CNBC Inc., Cable News Network, Inc., MSNBC Interactive News, LLC, and MOVE, Inc.**