UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DOW JONES & COMPANY, INC., THE NEW YORK TIMES COMPANY, CNBC INC., CABLE NEWS NETWORK, INC., MSNBC INTERACTIVE NEWS, LLC, FOX NEWS NETWORK, LLC, AOL INC., LENDINGTREE, LLC, and MOVE, INC.,<br><br>　　　　　　Defendants. | **Civil Action No. 10-02467 (SDW)(MCA)**<br><br>**PROPOSED ORDER**<br><br>*DOCUMENT FILED ELECTRONICALLY* |

This matter having come before the Court on the motion of LendingTree, LLC, to extend the time in which it may respond of otherwise plead to the Amended Complaint, which was served upon LendingTree on June 10, 2010;

For good cause shown, the Court grants the motion and hereby extends LendingTree's response deadline until and including August 23, 2010.

SO ORDERED, this the 28 day of June, 2010.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Madeline Cox Arleo
　　　　　　　　　　　　　　　　　　United States Magistrate Judge