Kevin J. McKenna, Esq.
Alice H. Lee, Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

Robert A. Rosenfeld
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700

David F. Smutny
Lauren J. Parker
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street N.W.
Washington, D.C. 20005
(202) 339-8400

Attorneys for Defendant MSNBC Interactive News, LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>            Plaintiff,<br><br>     v.<br><br>LENDINGTREE LLC, DOWJONES & COMPANY, INC., THE NEW YORK TIMES COMPANY, CNBC INC., CABLE NEWS NETWORK, INC., MSNBC INTERACTIVE NEWS, LLC, FOX NEWS NETWORK, LLC, AOL INC., and MOVE, INC.,<br><br>            Defendants. | Civil Action No. 10-cv-02467(SDW)(MCA)<br><br>***Document electronically filed.***<br><br>**ORDER ADMITTING ROBERT A. ROSENFELD, DAVID F. SMUTNY, AND LAUREN J. PARKER TO APPEAR <u>PRO</u> <u>HAC</u> <u>VICE</u>** |

THIS MATTER having been brought before the Court by Kevin J. McKenna, of Gibbons

P.C., for an Order allowing Robert A. Rosenfeld, Esq., David F. Smutny, Esq., and Lauren J.

Parker, Esq. to appear on behalf of Defendant MSNBC Interactive News, LLC, pro hac vice, the Court having considered the attached papers, and good cause having been shown,

IT IS on this 20 day of July, 2010,

ORDERED that Defendant's request for leave to permit Robert A. Rosenfeld, Esq., David F. Smutny, Esq., and Lauren J. Parker, Esq., to appear on behalf of Defendant pro hac vice is hereby GRANTED; and

IT IS FURTHER ORDERED that Robert A. Rosenfeld, Esq., David F. Smutny, Esq., and Lauren J. Parker, Esq. may speak in the matter on behalf of Defendant in the same manner as attorneys of the State of New Jersey; and

IT IS FURTHER ORDERED that Robert A. Rosenfeld, Esq., David F. Smutny, Esq., and Lauren J. Parker, Esq. shall be required to abide by all rules governing the courts of New Jersey, including all disciplinary rules; that they shall notify the Court immediately of any matter affecting their standing at the bar or any other court; that they shall immediately pay the annual fee for the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Court Rule 1:28-2(a); and will so pay for each year in which they represent a client in this matter; and that they shall have all pleadings, briefs and other papers filed with the Court signed by Kevin J. McKenna, Esq. or Alice H. Lee, Esq., attorneys of record authorized to practice in New Jersey, who shall be held responsible for such papers and for the conduct and cause of Robert A. Rosenfeld, Esq., David F. Smutny, Esq., and Lauren J. Parker, Esq.; and

IT IS FURTHER ORDERED that Robert A. Rosenfeld, Esq., David F. Smutny, Esq., and Lauren J. Parker, Esq. will pay $150.00 to the Clerk of the United States District Court for the District of New Jersey.

_____
HON. MADELINE COX ARLEO, U.S.M.J.