Kevin J. McKenna, Esq.
Alice H. Lee, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

Patricia Farren, Esq. (admitted *pro hac vice*)
Elai Katz, Esq. (admitted *pro hac vice*)
**CAHILL GORDON & REINDEL LLP**
Eighty Pine Street
New York, NY 10005-1702
(212) 701-3000

Attorneys for Defendants
The New York Times Company, CNBC Inc., and MOVE, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>LENDINGTREE LLC, DOWJONES & COMPANY, INC., THE NEW YORK TIMES COMPANY, CNBC INC., CABLE NEWS NETWORK, INC., MSNBC INTERACTIVE NEWS, LLC, FOX NEWS NETWORK, LLC, AOL INC., and MOVE, INC.,<br><br>　　　　　Defendants. | **Civil Action No. 10-cv-02467(SDW)(MCA)**<br><br>*Document electronically filed.*<br><br>**NOTICE OF REQUEST FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

　　　Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

　　　1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: July 26, 2010
     Newark, New Jersey

By: s/ Kevin J. McKenna
    Kevin J. McKenna
    **GIBBONS P.C.**
    One Gateway Center
    Newark, New Jersey 07102
    kmckenna@gibbonslaw.com

    Attorney for Defendants
    The New York Times Company,
    CNBC Inc., and MOVE, Inc.

PRO HAC VICE ATTORNEY INFORMATION:

Name: Patricia Farren, Esq.

Address: **CAHILL GORDON & REINDEL LLP**
Eighty Pine Street
New York, NY 10005-1702
(212) 701-3000

E-mail: pfarren@cahill.com