Kevin J. McKenna, Esq.
Alice H. Lee, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

Patricia Farren, Esq. (admitted *pro hac vice*)
Elai Katz, Esq. (admitted *pro hac vice*)
**CAHILL GORDON & REINDEL LLP**
Eighty Pine Street
New York, NY 10005-1702
(212) 701-3000

Attorneys for Defendants
The New York Times Company, CNBC Inc., and MOVE, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>                  Plaintiff,<br><br>v.<br><br>LENDINGTREE LLC, DOWJONES & COMPANY, INC., THE NEW YORK TIMES COMPANY, CNBC INC., CABLE NEWS NETWORK, INC., MSNBC INTERACTIVE NEWS, LLC, FOX NEWS NETWORK, LLC, AOL INC., and MOVE, INC.,<br><br>                  Defendants. | **Civil Action No. 10-cv-02467(SDW)(MCA)**<br><br>*Document electronically filed.*<br><br>**NOTICE OF REQUEST FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

     Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

|  |  |
|---|---|
| Dated: July 26, 2010<br>Newark, New Jersey | By: s/ Kevin J. McKenna<br>Kevin J. McKenna<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102<br>kmckenna@gibbonslaw.com<br><br>Attorney for Defendants<br>The New York Times Company,<br>CNBC Inc., and MOVE, Inc. |

PRO HAC VICE ATTORNEY INFORMATION:

Name:     Elai Katz, Esq.

Address:  **CAHILL GORDON & REINDEL LLP**
          Eighty Pine Street
          New York, NY 10005-1702
          (212) 701-3000


E-mail:   ekatz@cahill.com

#1547352 v1
109978-69626