Kevin J. McKenna, Esq.
Alice H. Lee, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

Robert A. Rosenfeld, Esq. (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, California 94105
(415) 773-5700

David F. Smutny, Esq. (admitted *pro hac vice*)
Lauren J. Parker, Esq. (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1152 15th Street N.W.
Washington, D.C. 20005
(202) 339-8400

Attorneys for Defendant MSNBC Interactive News, LLC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BANXCORP,<br><br>                Plaintiff,<br><br>        v.<br><br>LENDINGTREE LLC, DOWJONES & COMPANY, INC., THE NEW YORK TIMES COMPANY, CNBC INC., CABLE NEWS NETWORK, INC., MSNBC INTERACTIVE NEWS, LLC, FOX NEWS NETWORK, LLC, AOL INC., and MOVE, INC.,<br><br>                Defendants. | **Civil Action No. 10-cv-02467(SDW)(MCA)**<br><br>*Document electronically filed.*<br><br>**NOTICE OF REQUEST FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

| | |
|---|---|
| Dated: July 26, 2010<br>Newark, New Jersey | By: s/ Kevin J. McKenna<br>Kevin J. McKenna<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102<br>kmckenna@gibbonslaw.com<br><br>Attorneys for Defendant<br>MSNBC Interactive News, LLC |

PRO HAC VICE ATTORNEY INFORMATION:

Name:      Lauren J. Parker, Esq.

Address:   **ORRICK, HERRINGTON & SUTCLIFFE LLP**
           1152 15th Street N.W.
           Washington, D.C. 20005
           (202) 339-8400

E-mail:    lparker@orrick.com