UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------- X
BANXCORP,                                                  :
                                                           :   Civil Action No. 10-02467
            Plaintiff,                                  :   (SDW)(MCA)
                                                           :
   -against-                                             :   ORDER ADMITTING COUNSEL
                                                           :   *PRO HAC VICE*
DOW JONES & COMPANY, INC., THE                             :
NEW YORK TIMES COMPANY, CNBC                               :
INC., CABLE NEWS NETWORK, INC.,                            :
MSNBC INTERACTIVE NEWS, LLC, FOX                           :
NEWS NETWORK, LLC, AOL INC.,                               :
LENDINGTREE, LLC, and MOVE, INC.,                          :
                                                           :
            Defendants.                                 :
---------------------------------------------------------- X

       This matter having come before the Court on the motion of McGuireWoods LLP, attorneys for Defendant LendingTree, LLC, for an order granting the *pro hac vice* admission of J. Brent Justus, Esq., pursuant to Local Civ. R. 101.1; and the Court having considered the certifications in support of the motion, which reflect that counsel has satisfied the requirements set forth in Local Civ. R. 101.1(c)(1); and good cause having been shown,

       IT IS ON THIS ____ day of _____ 2010,

       ORDERED that Defendant's motion for the *pro hac vice* admission of J. Brent Justus is granted and counsel is admitted to practice *pro hac vice* before this Court, for all purposes and in all proceedings connected with this litigation;

       IT IS FURTHER ORDERED that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court;

IT IS FURTHER ORDERED that J. Brent Justus shall make payment to the New Jersey Fund for Client Protection as required by New Jersey Court Rule 1:28-2(a) for each year in which counsel represents the client in this matter;

IT IS FURTHER ORDERED that the Clerk of this Court shall forward a copy of this order to the Treasurer of the New Jersey Fund for Client Protection;

IT IS FURTHER ORDERED that counsel shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civ. R. 101.1(c)(3); and

IT IS FURTHER ORDERED that J. Brent Justus shall be bound to the General Rules of the United States District Court for the District of New Jersey.

Judge Madeline Cox Arleo
U.S.M.J.

\12384981.1

2