Kevin J. McKenna, Esq.
Alice H. Lee, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

Rachel Skaistis, Esq. (pro hac vice pending)
**CRAVATH SWAINE & MOORE, LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Attorneys for Defendant Cable News Network, Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>Plaintiff,<br><br>v.<br><br>LENDINGTREE LLC, DOWJONES & COMPANY, INC., THE NEW YORK TIMES COMPANY, CNBC INC., CABLE NEWS NETWORK, INC., MSNBC INTERACTIVE NEWS, LLC, FOX NEWS NETWORK, LLC, AOL INC., and MOVE, INC.,<br><br>Defendants. | Civil Action No. 10-cv-02467(SDW)(MCA)<br><br>*Document electronically filed.*<br><br>**[PROPOSED] ORDER ADMITTING RACHEL SKAISTIS TO APPEAR <u>PRO HAC VICE</u>** |

THIS MATTER having been brought before the Court by Kevin J. McKenna, of Gibbons P.C., for an Order allowing Rachel Skaistis, Esq. to appear on behalf of Defendant Cable News Network, Inc., pro hac vice, the Court having considered the attached papers, and good cause having been shown,

IT IS on this ___3___ day of ___Aug___, 2010,

#1549111 v1
109978-69626

ORDERED that Defendant's request for leave to permit Rachel Skaistis, Esq., to appear on behalf of Defendant pro hac vice is hereby GRANTED; and

IT IS FURTHER ORDERED that Rachel Skaistis, Esq. may speak in the matter on behalf of Defendant in the same manner as attorneys of the State of New Jersey; and

IT IS FURTHER ORDERED that Rachel Skaistis, Esq. shall be required to abide by all rules governing the courts of New Jersey, including all disciplinary rules; that they shall notify the Court immediately of any matter affecting their standing at the bar or any other court; that they shall immediately pay the annual fee for the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Court Rule 1:28-2(a); and will so pay for each year in which they represent a client in this matter; and that they shall have all pleadings, briefs and other papers filed with the Court signed by Kevin J. McKenna, Esq. or Alice H. Lee, Esq., attorneys of record authorized to practice in New Jersey, who shall be held responsible for such papers and for the conduct and cause of Rachel Skaistis, Esq. and

IT IS FURTHER ORDERED that Rachel Skaistis, Esq. will pay $150.00 to the Clerk of the United States District Court for the District of New Jersey.

_____
HON. MADELINE COX ARLEO, U.S.M.J.

#1549111 v1
109978-69626