Kevin J. McKenna, Esq.
Alice H. Lee, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

Katherine Forrest, Esq. (pro hac vice pending)
**CRAVATH SWAINE & MOORE, LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Attorneys for Defendant The Cable News Network, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>Plaintiff,<br><br>v.<br><br>LENDINGTREE LLC, DOWJONES & COMPANY, INC., THE NEW YORK TIMES COMPANY, CNBC INC., CABLE NEWS NETWORK, INC., MSNBC INTERACTIVE NEWS, LLC, FOX NEWS NETWORK, LLC, AOL INC., and MOVE, INC.,<br><br>Defendants. | Civil Action No. 10-cv-02467(SDW)(MCA)<br><br>*Document electronically filed.*<br><br>**[PROPOSED] ORDER ADMITTING KATHERINE FORREST TO APPEAR PRO HAC VICE** |

THIS MATTER having been brought before the Court by Kevin J. McKenna, of Gibbons P.C., for an Order allowing Katherine Forrest, Esq. to appear on behalf of Defendant Cable News Network, Inc., pro hac vice, the Court having considered the attached papers, and good cause having been shown,

IT IS on this _3_ day of _Aug_, 2010,

#1549213 v1
109978-69626

ORDERED that Defendant's request for leave to permit Katherine Forrest, Esq. to appear on behalf of Defendant pro hac vice is hereby GRANTED; and

IT IS FURTHER ORDERED that Katherine Forrest, Esq. may speak in the matter on behalf of Defendant in the same manner as attorneys of the State of New Jersey; and

IT IS FURTHER ORDERED that Katherine Forrest, Esq. shall be required to abide by all rules governing the courts of New Jersey, including all disciplinary rules; that they shall notify the Court immediately of any matter affecting their standing at the bar or any other court; that they shall immediately pay the annual fee for the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Court Rule 1:28-2(a); and will so pay for each year in which they represent a client in this matter; and that they shall have all pleadings, briefs and other papers filed with the Court signed by Kevin J. McKenna, Esq. or Alice H. Lee, Esq., attorneys of record authorized to practice in New Jersey, who shall be held responsible for such papers and for the conduct and cause of Katherine Forrest, Esq. and

IT IS FURTHER ORDERED that Katherine Forrest, Esq. will pay $150.00 to the Clerk of the United States District Court for the District of New Jersey.

_____
HON. MADELINE COX ARLEO, U.S.M.J.

#1549213 v1
109978-69626