UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>          Plaintiff,<br><br>vs.<br><br>LENDINGTREE LLC, DOW JONES & COMPANY, INC., THE NEW YORK TIMES COMPANY, CNBC INC., CABLE NEWS NETWORK, INC., MSNBC INTERACTIVE NEWS, LLC, FOX NEWS NETWORK, LLC, AOL INC., and MOVE, INC.,<br><br>          Defendants. | Civil Action No. 10-cv-02467 (SDW)(MCA)<br><br>*Document electronically filed.* |

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEYS
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter was entered on August 3, 2010; and

2. The Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), was paid to the Clerk of the Court on August 5, 2010.

s/ Kevin J. McKenna
Kevin J. McKenna
Gibbons P.C.
One Gateway Center
Newark, New Jersey  07102-5310
*Counsel for Cable News Network, Inc.*

**PRO HAC VICE ATTORNEY INFORMATION:**

Name:      **Rachel G. Skaistis, Esq.**
Address:   Cravath, Swaine & Moore LLP
           Worldwide Plaza
           825 Eighth Avenue
           New York, NY 10019-7475
           Telephone: (212) 474-1000
           Facsimile: (212) 474-3700
E-Mail:    rskaistis@cravath.com