**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BANXCORP,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LENDINGTREE LLC, DOW JONES &<br>COMPANY, INC., THE NEW YORK TIMES<br>COMPANY, CNBC INC., CABLE NEWS<br>NETWORK, INC., MSNBC INTERACTIVE<br>NEWS, LLC, FOX NEWS NETWORK, LLC,<br>AOL INC., and MOVE, INC.,<br><br>　　　　Defendants. | Civil Action No. 10-cv-02467 (SDW)(MCA)<br><br>***Document electronically filed.*** |

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEYS**
**TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1.　An order of the Court granting a motion to appear *pro hac vice* in the within matter was entered on August 3, 2010; and

2.　The Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), was paid to the Clerk of the Court on August 5, 2010.

s/ Kevin J. McKenna
Kevin J. McKenna
Gibbons P.C.
One Gateway Center
Newark, New Jersey  07102-5310
*Counsel for Cable News Network, Inc.*

**PRO HAC VICE ATTORNEY INFORMATION:**

Name:　　**Katherine B. Forrest, Esq.**
Address:　Cravath, Swaine & Moore LLP
　　　　　Worldwide Plaza
　　　　　825 Eighth Avenue
　　　　　New York, NY 10019-7475
　　　　　Telephone: (212) 474-1000
　　　　　Facsimile: (212) 474-3700
E-Mail:　　kforrest@cravath.com