Loree J. Shelko (LS-0825)
**McGUIREWOODS LLP**
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100
lshelko@mcguirewoods.com

James G. Middlebrooks (admitted *pro hac vice*)
**McGUIREWOODS LLP**
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, North Carolina 28202-4011
gmiddlebrooks@mcguirewoods.com

J. Brent Justus (admitted *pro hac vice*)
Michelle M. Christian (admitted *pro hac vice*)
**McGUIREWOODS LLP**
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
bjustus@mcguirewoods.com
mchristian@mcguirewoods.com

Attorneys for Defendant LendingTree, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **BANXCORP,** | ) | Civil Action No. 10-02467 |
| | ) | (SDW)(MCA) |
| **Plaintiff,** | ) | |
| | ) | *Document electronically filed* |
| v. | ) | |
| | ) | |
| DOW JONES & COMPANY, INC., | ) | NOTICE OF REQUEST FOR |
| THE NEW YORK TIMES COMPANY, | ) | COUNSEL ADMITTED *PRO HAC* |
| CNBC, INC., | ) | *VICE* TO RECEIVE NOTICE OF |
| CABLE NEWS NETWORK, INC., | ) | ELECTRONIC FILING |
| MSNBC INTERACTIVE NEWS, LLC, | ) | |
| FOX NEWS NETWORK, LLC, | ) | |
| AOL INC., LENDINGTREE, LLC, | ) | |
| and MOVE, INC., | ) | |
| | ) | |
| **Defendants.** | ) | |

Request is hereby made by local counsel, Loree J. Shelko, for counsel admitted *pro hac vice*, James G. Middlebrooks, J. Brent Justus and Michelle M. Christian, to receive notices of electronic filings in the within matter.

It is hereby represented that an Order of the Court granting the motions for admission *pro hac vice* of Messrs. Middlebrooks and Justus and Ms. Christian has been entered, and that, pursuant to Local Civil Rule 101.1(c)(3), the admission fee of $150.00 each has been paid to the Clerk of this Court.

Dated:  August 5, 2010
    New York, New York

<div style="margin-left:40%">

MCGUIREWOODS LLP

By:   s/ Loree J. Shelko
Loree J. Shelko (LS-0825)
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
T: (212) 548-2100
F: (212) 548-2150
lshelko@mcguirewoods.com

*Counsel for Defendant LendingTree, LLC*

</div>

*PRO HAC VICE* ATTORNEY INFORMATION:

James G. Middlebrooks
**McGUIREWOODS LLP**
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, North Carolina 28202-4011
(704) 373-8999
gmiddlebrooks@mcguirewoods.com

J. Brent Justus
**McGUIREWOODS LLP**
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
(804) 775-1000
bjustus@mcguirewoods.com

Michelle M. Christian
**McGUIREWOODS LLP**
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
(804) 775-1000
mchristian@mcguirewoods.com

\14728345.1