Liza M. Walsh
Rukhsanah L. Lighari
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500

*Attorneys for Defendants*
*Dow Jones & Company, Inc. and*
*Fox News Network, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>    Plaintiff,<br><br>v.<br><br>DOW JONES & COMPANY, INC., THE NEW YORK TIMES COMPANY, CNBC INC., CABLE NEWS NETWORK, INC., MSNBC INTERACTIVE NEWS, LLC, FOX NEWS NETWORK, LLC, AOL INC., LENDINGTREE LLC, and MOVE, INC.,<br><br>    Defendants. | Civil Action No. 2:10-cv-02467 (SDW/MCA)<br><br>**PROPOSED ORDER**<br><br>*Electronically Filed* |

**THIS MATTER** having been opened to the Court by Connell Foley LLP, attorneys for Defendants Dow Jones & Company, Inc. ("Dow Jones") and Fox News Network, LLC ("Fox News"), for the entry of an Order admitting Kenneth A. Gallo and Andrew C. Finch of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, *pro hac vice*, and for good cause having been shown;

**IT IS** on this ___ day of _____, 2010,

**ORDERED** that Kenneth A. Gallo and Andrew C. Finch are hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an

2384786-01

appearance on behalf of and representing Dow Jones and Fox News in this matter; and it is further

**ORDERED** that Kenneth A. Gallo and Andrew C. Finch shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that Kenneth A. Gallo and Andrew C. Finch shall, for the duration of the time they serve as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Kenneth A. Gallo and Andrew C. Finch shall notify the Court immediately of any disciplinary matter affecting their standing at the bar of any jurisdiction; and it is further

**ORDERED** that Kenneth A. Gallo and Andrew C. Finch shall have all pleadings, briefs, and other papers filed with the Court in this matter signed by Liza M. Walsh or her partners or associates as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Kenneth A. Gallo and Andrew C. Finch may serve as counsel *pro hac vice* in this matter.

_____
Hon. Madeline Cox Arleo, U.S.M.J.

2384786-01