Liza M. Walsh
Rukhsanah L. Lighari
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500

*Attorneys for Defendants*
*Dow Jones & Company, Inc. and*
*Fox News Network, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP, | Civil Action No. 2:10-cv-02467 (SDW/MCA) |
| Plaintiff, | |
| v. | REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION |
| DOW JONES & COMPANY, INC., THE NEW YORK TIMES COMPANY, CNBC INC., CABLE NEWS NETWORK, INC., MSNBC INTERACTIVE NEWS, LLC, FOX NEWS NETWORK, LLC, AOL INC., LENDINGTREE LLC, and MOVE, INC., | *Electronically Filed* |
| Defendants. | |

Request is hereby made by local counsel for *pro hac vice* counsel, Andrew C. Finch, to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting a motion for Andrew C. Finch to appear *pro hac vice* in the within matter was entered on August 4, 2010; and

2. The Admission Fee, in the amount of $150.00, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: August 11, 2010

*s/Liza M. Walsh*
Liza M. Walsh
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068

*Attorneys for Defendants*
*Dow Jones & Company, Inc.*
*and Fox News Network, LLC*

2390529-01

**PRO HAC VICE ATTORNEY INFORMATION**

Andrew C. Finch
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
United States
Phone:  212-373-3000
Fax:      212-757-3990
Email:  afinch@paulweiss.com

2390529-01