# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>        Plaintiff,<br><br>        v.<br><br>DOW JONES & COMPANY, INC.,<br>THE NEW YORK TIMES COMPANY,<br>CNBC INC., CABLE NEWS<br>NETWORK, INC., MSNBC<br>INTERACTIVE NEWS, LLC, FOX<br>NEWS NETWORK, LLC, AOL INC.,<br>LENDINGTREE LLC, and MOVE,<br>INC.,<br><br>        Defendants. | Civil Action No. 10-02467<br>(SDW)(MCA)<br><br><br>Document ECF filed. |

I, Nelson Canter, hereby certify that on this date, I electronically filed Plaintiff's

Brief in Opposition to Defendants' Motions to Dismiss [ECF Documents 57 and 76] with

the Clerk of this Court.  I further certify that a copy of the foregoing will thereby be

served electronically on all appearing parties:

ALICE HAO I LEE     alee@gibbonslaw.com, litefiling@gibbonslaw.com

KEVIN J. MCKENNA     kmckenna@gibbonslaw.com, litefiling@gibbonslaw.com

LIZA M. WALSH     lwalsh@connellfoley.com, mhogan@connellfoley.com

LOREE JILL SHELKO     lshelko@mcguirewoods.com,
mchristian@mcguirewoods.com

MARK SIGMUND LICHTENSTEIN     mlichtenstein@crowell.com,
dedelman@crowell.com, jblumenfeld@crowell.com

RUKHSANAH L. LIGHARI     rlighari@connellfoley.com

2

Dated: White Plains, NY
      August 20, 2010

              Respectfully submitted,

               s/*Nelson E. Canter*

              Nelson E. Canter, Esq.
              CANTER LAW FIRM P.C.
              *Attorneys for Plaintiff*
              123 Main Street – 9th Floor
              White Plains, New York 10601
              (914) 948-3011
              ncanter@canterlawfirm.com