Mark S. Lichtenstein, Esq.
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 223-4000
Fax: (212)223-4134
mlichtenstein@crowell.com
*Attorneys for Defendant AOL Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP, | : : Civil Action No.:  2:10-CV-2467- SDW- MCA |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| DOW JONES & COMPANY, INC., | : |
| THE NEW YORK TIMES COMPANY, | : |
| CNBC INC., CABLE NEWS NETWORK, | : |
| INC., MSNBC INTERACTIVE NEWS, | : |
| LLC, FOX NEWS NETWORK, LLC, | : |
| AOL INC., LENDINGTREE, LLC and | : |
| MOVE, INC., | : |
| | : |
| Defendants. | : |
| | : |

## REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic

notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been

entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____

Mark S. Lichtenstein, Esq.
*Local Counsel for Defendant AOL Inc.*

PRO HAC VICE ATTORNEY INFORMATION:

Name:         Daniel D. Edelman

Address:      Crowell & Moring LLP

              590 Madison Avenue

              New York, NY 10022

              (212) 223-4000

E-mail:       dedelman@crowell.com