# CANTER LAW FIRM P.C.

ATTORNEYS AT LAW

123 MAIN STREET – 9TH FLOOR
WHITE PLAINS, NEW YORK 10601
www.canterlawfirm.com

Nelson E. Canter*  TEL: (914) 948-3011
Megan L. Cowden  FAX: (914) 948-3066
John D. Megerian**  ncanter@canterlawfirm.com
*Also admitted in New Jersey
** Also admitted in Connecticut

September 8, 2010

*Via* ECF

Kevin J. McKenna, Esq.           Liza Walsh, Esq.
Alice H. Lee, Esq.               Connell Foley LLP
Gibbons P.C.                     85 Livingston Avenue
One Gateway Center               Roseland, NJ 07068
Newark, NJ 07102                 Attorneys for Defendants
*Attorneys for Defendants*        *Fox News Network, LLC and*
*The New York Times Company, CNBC Inc.,*   *Dow Jones & Co.*
*Move, Inc., MSNBC Interactive News, LLC*
*and Cable News Network.*

Mark S. Lichtenstein, Esq.       Loree J. Shelko, Esq.
Daniel D. Edelman, Esq.          McGuire Woods LLP
Crowell & Moring LLP             1345 Avenue of the Americas
590 Madison Avenue, 20th Floor   7th Floor
New York, NY 10022               New York, NY 10105-0106
*Attorneys for Defendant AOL Inc.*   *Attorneys for Defendant*
                                  *Lending Tree*

Re:   *BanxCorp v. LendingTree LLC, et al.*
      Civil Action No. 10-02467 (SDW)(MCA)
      ─────────────────────────────────────────

Dear Counsel:

This shall serve as Notice to Preserve all electronically stored information ("ESI") relevant to Plaintiff's claims in this action, including all back-up tapes, from January 1, 2000 to the present, as to all former and current directors, officers and employees of each and all Defendants in this action, and their respective parent, subsidiaries and affiliates.

                    Very truly yours,

                    CANTER LAW FIRM P.C.

By:

                    Nelson E. Canter

cc:   via ECF

      Michelle M. Christian, Esq.
      McGuire Woods LLP
      901 East Cary Street
      Richmond, Virginia 23219

      James G. Middlebrooks, Esq.
      McGuire Woods LLP
      Attorneys for LendingTree, LLC
      100 North Tryon Street, Suite 2900
      Charlotte, NC 28202
      *Attorneys for Defendant Lending Tree*

      Andrew C. Finch, Esq.
      Paul, Weiss, Rifkind, Wharton & Garrison LLP
      1285 Avenue of the Americas
      New York, NY 10019-6064

      Kenneth A. Gallo, Esq.
      Paul, Weiss, Rifkind, Wharton & Garrison LLP
      2001 K Street, NW
      Washington, DC 20006-8101
      *Attorneys for Defendants Dow Jones & Company, Inc. and*
      *Fox News Network LLC*

      Patricia Farren, Esq.
      Elai Katz, Esq.
      Cahill Gordon & Reindel LLP
      80 Pine St. – 17th Floor
      New York, NY 10005-1702
      *Attorneys for Defendants CNBC, Inc., Move Inc.,*
      *The New York Times Company*

      Robert Rosenfeld, Esq.
      Orrick, Herrington & Sutcliffe LLP
      405 Howard Street
      San Francisco, CA 94105-2669

David F. Smutny, Esq
Lauren J. Parker, Esq.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
*Attorneys for Defendant MSNBC Interactive News, LLC*

Katherine B. Forrest, Esq.
Rachel G. Skaistis, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
*Attorneys for Defendant Cable News Network, Inc.*

Jeffrey Blumenfeld, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C.20004
*Attorneys for Defendant AOL Inc.*