UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>Plaintiff,<br><br>v.<br><br>LENDINGTREE LLC, DOW JONES & COMPANY, INC., THE NEW YORK TIMES COMPNY, CNBC, INC., CABLE NEWS NETWORK, INC., MSNBC INTERACTIVE NEWS, LLC, FOX NEWS NETWORK, LLC, AOL INC., and MOVE, INC.,<br><br>Defendants. | Civil Action No. 10-2467 (SDW)(MCA)<br><br>**ORDER**<br><br>February 7, 2011 |

**WIGENTON**, District Judge.

This matter, having come before the Court on Defendants, Dow Jones & Company, Inc., The New York Times Company, CNBC Inc., Cable News Network, Inc., MSNBC Interactive News, LLC, Fox News Network, LLC, AOL Inc., Move, Inc., (collectively the "Media Defendants") and LendingTree LLC's ("LendingTree") Motions to Dismiss Plaintiff, BanxCorp's ("BanxCorp" or "Plaintiff") First Amended Complaint ("FAC") for failure to state a complaint upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6), and this Court, having carefully considered the submissions and arguments of the parties, for the reasons stated in this Court's Opinion dated February 7, 2011,

IT IS on this 7th Day of February, 2011,

**ORDERED** that LendingTree's Motion to Dismiss is **DENIED**; and it is further

**ORDERED** that the Media Defendants' Motion to Dismiss is **GRANTED**.

s/ Susan D. Wigenton<br>**Susan D. Wigenton, U.S.D.J.**

cc: Magistrate Judge Madeline C. Arleo

Case 2:10-cv-02467-SDW -MCA   Document 95   Filed 02/07/11   Page 2 of 2 PageID: 965