UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>                    Plaintiff,<br>      v.<br><br>LENDINGTREE LLC,<br><br>                    Defendant. | Civil Action No. 10-2467 (SDW)(MCA)<br><br>**NOTICE OF<br>APPEARANCE** |

The undersigned, Lawrence C. Hersh, hereby enters his appearance as counsel for Plaintiff BanxCorp in the above-captioned matter. The undersigned requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at the address listed below.

Dated:  Rutherford, New Jersey
          March 1, 2011

                                              By:    *s/Lawrence C. Hersh*
                                                             Lawrence C. Hersh
                                                             17 Sylvan Street, Suite 102B
                                                             Rutherford, New Jersey 07070
                                                             Telephone (201) 507-6300
                                                             Facsimile  (201) 507-6311
                                                             lh@hershlegal.com
                                                            *Counsel for Plaintiff BanxCorp*