UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP<br><br>                Plaintiff,<br><br>v.<br><br>LENDINGTREE LLC, DOW JONES & COMPANY, INC., THE NEW YORK TIMES COMPANY, CNBC, INC., CABLE NEWS NETWORK, INC., MSNBC INTERACTIVE NEWS, LLC, FOX NEWS NETWORK, LLC, AOL INC., and MOVE, INC<br><br>                Defendants. | Civil Action No. 10-cv-02467(SDW)(MCA)<br><br>**ORDER AMENDING**<br>**PRETRIAL SCHEDULING ORDER** |

WHEREAS, pursuant to paragraph 21 of the Pretrial Scheduling Order dated April 4, 2011 [Dkt. # 112] (the "Pretrial Scheduling Order") counsel for the parties and the Court participated in a telephonic status conference on June 21, 2011 (the "Status Conference");

NOW THEREFORE, pursuant to the Court's findings at the Status Conference,

**IT IS ORDERED THAT:**

1.     Paragraph 7 of the Pretrial Scheduling Order is amended such that the time for Defendant LendingTree LLC to deliver affirmative expert reports is extended to and including December 1, 2011, with depositions of those experts to be taken and completed within twenty (20) days of receipt of report.

2.     Except as detailed above, all other dates and provisions in the Pretrial Scheduling Order remain in full force and effect.

Dated: June 15, 2011
Newark, New Jersey

_____
The Honorable Madeline C. Arleo
United States Magistrate Judge