**LAWRENCE C. HERSH**
ATTORNEY AT LAW
17 Sylvan Street, Suite 102B
Rutherford, New Jersey 07070
Tel:  (201) 507-6300
Fax: (201) 507-6311

*ADMITTED NJ, NY, CA, AND IL
*REGISTERED U.S. PATENT AND TRADEMARK OFFICE

June 30, 2011

*Via ECF*

Hon. Esther Salas, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    *BanxCorp v. LendingTree LLC*, Civ. No. 10-02467-ES

Dear Judge Salas:

      I am local counsel of record for Plaintiff BanxCorp and enclose the following application papers for *pro hac vice* admission of Kristen Renzulli, Esq.:

1. Certification of Lawrence C. Hersh in Support of Application for Kristen Renzulli, Esq. to Appear *Pro Hac Vice*;
2. Declaration of Kristen Renzulli, Esq.; and
3. Proposed Order Admitting Kristen Renzulli, Esq. *Pro Hac Vice*.

      Defendant's counsel does not object to Ms. Renzulli's *pro hac vice* admission.

      We thank the Court for its kind consideration and cooperation in this matter.

                              Very truly yours,

                              *s/Lawrence C. Hersh*
                              Lawrence C. Hersh

Encls.

cc.    All Counsel of Record (via ECF)