UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>                Plaintiff,<br><br>  vs.<br><br>LENDINGTREE, LLC<br><br>                Defendant. | Civil Action No. 10-cv-02467-KM<br><br>Stipulation of Dismissal with Prejudice |

      It is hereby stipulated and agreed between Plaintiff BanxCorp and Defendant LendingTree, LLC, that the above-captioned action is hereby dismissed, with prejudice, each party to bear its own costs.

Dated: New York, New York
         September 19, 2012

By:   *s/ Lawrence C. Hersh*
       Lawrence C. Hersh
       17 Sylvan Street, Suite 102B
       Rutherford, NJ 07070
       Tel. 201-507-6300
       Fax 201-507-6311
       lh@hershlegal.com
       *Attorney for Plaintiff BanxCorp*

By:   *s/ Sean J. Kirby*
       Sean J. Kirby
       Daniel L. Brown (admitted *pro hac vice*)
       SHEPPARD, MULLIN, RICHTER
       & HAMPTON LLP
       30 Rockefeller Plaza 10112
       New York, NY
       Telephone:  (212) 653-8700
       Facsimile:  (212) 653-8701
       skirby@sheppardmullin.com
       dbrown@sheppardmullin.com
       *Attorneys for Defendant LendingTree, LLC*

SO ORDERED:

_____
     U.S.D.J.